# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2799
_____

CLARICE CHANEY,

    Appellant,

    v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and DCF-HRS
DISTRICT 4-0C 602204,

    Appellees.

_____

On appeal from an order of the Reemployment Assistance
Appeals Commission.
Frank E. Brown, Chairman.

June 20, 2018

PER CURIAM.

    AFFIRMED.

WOLF, OSTERHAUS, and WINSOR, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Jason H. Clark, West Palm Beach, for Appellant.

Katie Sabo, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellees.